1

2          UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA

3

4

5   MARLO THOMAS,                          )        3:11-cv-00664-LRH-VPC
                                            )
6              Plaintiffs,                  )
                                            )        **SCREENING ORDER**
7        vs.                                )
                                            )
8   E.K. McDANIEL, et al.,                  )
                                            )
9              Defendants.                  )
                                            )

10

11         Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, filed

12  a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF NO. 4), which was screen by the Court

13  pursuant to 28 U.S.C. § 1915A.  In the screening order, the Court indicated that plaintiff had received

14  a response to an informal grievance from both defendants McDaniel and Brooks related to a bias held

15  by Baker. *See* Screening Order, (ECF No. 3), p. 3, lines 18-20. Plaintiff now moves the Court to correct

16  these stated facts.   (ECF No. 6), contending that the Court misinterpreted or misunderstood the

17  allegations of the Complaint.

18         Having reviewed the motion and the complaint, the Court agrees that the allegations may

19  have been misinterpreted as to McDaniel's participation in the informal grievance response. Therefore,

20  plaintiff's motion (ECF No. 6) shall be **granted**.  The parties to this action shall be bound by the facts

21  as they are alleged in the Complaint.  The Court's summary of those facts, if different from the facts as

22  alleged, shall be disregarded.

23         **IT IS SO ORDERED.**

24         DATED:  November 22, 2011.

25

26                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
27

28

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 2 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| , <br><br> Plaintiffs, <br><br> vs. <br><br> , et al., <br><br> Defendants. | 3:00-CV-0000-_____ (____)<br><br>**REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY** |

**NOTE: ONLY THE OFFICE OF THE ATTORNEY GENERAL SHALL FILE THIS FORM. THE INMATE PLAINTIFF SHALL NOT FILE THIS FORM.**

On _____ [*the date of the issuance of the screening order*], the Court issued its screening order stating that it had conducted its screening pursuant to 28 U.S.C. § 1915A, and that certain specified claims in this case would proceed.  The court ordered the Office of the Attorney General of the State of Nevada to file a report ninety (90) days after the date of the entry of the court's screening order to indicate the status of the case at the end of the 90-day stay.  By filing this form, the Office of the Attorney General hereby complies.

## REPORT FORM

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case: The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature bloc.]

_____ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have reached a settlement (*even if paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.*)

_____ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have not reached a settlement.  The Office of the Attorney General therefore informs the court of its intent to proceed with this action.

2

1

2   _____   No mediation session with a court-appointed mediator was held during the 90-day stay,
       but the parties have nevertheless settled the case. *(If this box is checked, the parties are
3      on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal
       or a motion requesting that the court continue the stay in this case until a specified date
4      upon which they will file a stipulation of dismissal.)*

5   _____   No mediation session with a court-appointed mediator was held during the 90-day stay,
       but one is currently scheduled for _____ *[enter date]*.
6

7   _____   No mediation session with a court-appointed mediator was held during the 90-day stay,
       and as of this date, no date certain has been scheduled for such a session.

8   _____   None of the above five statements describes the status of this case. Contemporaneously
       with the filing of this report, the Office of the Attorney General of the State of Nevada
9      is filing a separate document detailing the status of this case.

10                                    * * * * *

**Situation Two: Informal Settlement Discussions Case: The case was NOT assigned to mediation
11  with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to
    engage in informal settlement negotiations.** [If this statement is accurate, check <u>ONE</u> of the four
12  statements below and fill in any additional information as required, then proceed to the signature bloc.]

13  _____   The parties engaged in settlement discussions and as of this date, the parties have reached
       a settlement *(even if the paperwork to memorialize the settlement remains to be
14     completed).   (If this box is checked, the parties are on notice that they must
       SEPARATELY file either a contemporaneous stipulation of dismissal or a motion
15     requesting that the court continue the stay in this case until a specified date upon which
       they will file a stipulation of dismissal.)*

16
    _____   The parties engaged in settlement discussions and as of this date, the parties have not
17     reached a settlement. The Office of the Attorney General therefore informs the court of
       its intent to proceed with this action.

18
    _____   The parties have not engaged in settlement discussions and as of this date, the parties
19     have not reached a settlement. The Office of the Attorney General therefore informs the
       Court of its intent to proceed with this action.

20
    _____   None of the above three statements fully describes the status of this case.
21     Contemporaneously with the filing of this report, the Office of the Attorney General of
       the State of Nevada is filing a separate document detailing the status of this case.

22
       Submitted this _____ day of _____, _____ by:
23

    Attorney Name: _____     _____
24                            Print                                Signature

25  Address:    _____     Phone: _____

26              _____     Email: _____

27              _____

28                                       3