UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARLO THOMAS, | ) | 3:11-CV-0664-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 13, 2013 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file Exhibit B under seal in support of opposition to motion for summary judgment (#45).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

**IT IS ORDERED** that defendants' motion for leave to file Exhibit B under seal in support of opposition to motion for summary judgment (#44) is **GRANTED**.  The exhibit (#46) is filed and shall remain under seal.

The Court notes that plaintiff has filed a motion to strike Exhibit B (#48).  The Court will rule on the motion to strike after briefing has been completed.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
           Deputy Clerk