UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| MARLO THOMAS, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00664-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| E.K McDANIEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#56[1]) entered on July 22, 2013, recommending denying Plaintiff's Motion for Summary Judgment (#36) filed on December 26, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#57) on August 12, 2013, and Defendants filed their Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#60) on September 4, 2013. Plaintiff then filed his Response to Defendants' Opposition to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#61) on September 16, 2013.

This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of

---

[1] Refers to court's docket number.

1   the Plaintiff, the Defendants' opposition to Plaintiff's objections, Plaintiff's response to Defendants'
2   Opposition, the pleadings and memoranda of the parties and other relevant matters of record[2] pursuant
3   to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the Magistrate
4   Judge's Report and Recommendation (#56) entered on July 22, 2013, should be adopted and accepted.
5       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#56)
6   entered on July 22, 2013, is adopted and accepted, and that Plaintiff's Motion for Summary Judgment
7   (#36) is DENIED.

9       IT IS SO ORDERED.
10      DATED this 19th day of September, 2013.

12      LARRY R. HICKS
        UNITED STATES DISTRICT JUDGE

---

[2] The court has not considered declarations and exhibits which constitute evidence not presented to the Magistrate Judge.

2